AUGUSTO SAAVEDRA RIQUELME, Petitioner, *v.* HON. RAFAEL SANCHO BONET, ETC., ET AL., Respondents.

No. 54.   Argued March 14, 1932.—Decided March 30, 1932.

*José Sabaten* for petitioner.   *Martínez Nadal & Martínez Rivera* for respondent spouses, Saavedra-Feliciano.

MR. JUSTICE WOLF delivered the opinion of the Court.

For the reasons assigned in the case of *Saavedra v. District Court,* mandamus, *ante,* page 274, we feel bound to hold that Judge Sancho Bonet had no authority to act, and therefore an order will issue to him prohibiting him from act-

278

ing in the case of *Adolfo Saavedra Solá et ux.* v. *Augusto Saavedra Riquelme et ux.,* No. 9,305, to which the petition in this case refers.